UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/26/2019

EVA BATEN TEM, *individually and on behalf of herself and FLSA Collective Plaintiffs,*

Plaintiff,

-against-

DELUXE GREEN BO, INC. and ANGELA [LHU],

Defendants.

Case No. 1:19-CV-04685-ER

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED** and agreed by and between the undersigned Counsel for the parties that the claims in this action have been discontinued and are hereby dismissed without prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: Orangeburg, New York
July 24, 2019

_____
Zev Singer, Esq.
GREENWALD DOHERTY LLP
*Attorneys for Defendants*
30 Ramland Road, Suite 201
Orangeburg, NY 10962
Tel: (845) 589-9300
zs@greenwaldLLP.com

Dated: New York, New York
July 24, 2019

_____
C.K. Lee
LEE LITIGATION GROUP, PLLC
*Attorneys for Plaintiff*
148 West 24th Street, 8th floor
New York, NY 10011
Tel: (212) 465-1180
cklee@leelitigation.com

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: 7/26/2019
New York, New York